THIRD DEPARTMENT, JUNE, 1990

(June 5, 1990)

■ NORTHEAST SAVINGS, F. A., Appellant, v MARY L. RODRIGUEZ, Respondent, et al., Defendants.—Motion for reargument granted, without costs, only to the extent of amending the fourth sentence of the first paragraph of the decision dated March 22, 1990 [159 AD2d 820] to read as follows: "Plaintiff advanced Best $142,000 on the loan.", and motion in all other

respects denied. Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Mercure, JJ., concur.